STATE OF CONNECTICUT *v.* ISSAC COUNCIL

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 919 (AC 17281), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Bruce R. Lockwood*, deputy assistant state's attorney, in opposition.

Decided July 2, 1998

HERTZ CORPORATION *v.* AMICA MUTUAL INSURANCE COMPANY ET AL.*

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 918 (AC 17247), is granted, limited to the following issue:

"In a declaratory judgment action where the plaintiff sought declaratory relief with respect to whether it or the defendant insurer was responsible for providing primary insurance coverage in a pending underlying tort case, did the Appellate Court properly affirm the judgment of the trial court dismissing the declaratory judgment action for lack of subject matter jurisdiction on the grounds such action was premature?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15967.

*Daniel P. Scapellati* and *James M. Celentano*, in support of the petition.

*Thomas P. Mullaney III*, in opposition.

Decided July 2, 1998

---

* The appeal was withdrawn October 28, 1998.